IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BELENDIA JONES**                                                               **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:17-CV-120-WHB-JCG**

**HINDS COUNTY SHERIFF VICTOR MASON,
IN HIS INDIVIDUAL CAPACITY, AND
HINDS COUNTY, MISSISSIPPI**                               **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of Plaintiff Belendia Jones and Defendants Sheriff Victor Mason and Hinds County, Mississippi, that this matter be dismissed with prejudice and the Court, having considered the same, and it being made known to the Court that all parties are in agreement thereto, finds that said motion is well taken.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, each party shall bear their own costs.

SO ORDERED and ADJUDGED this the 13th day of April, 2019.

                                                           **s/ HENRY T. WINGATE**
                                                           **DISTRICT COURT JUDGE**

**AGREED**:

/s/ *Lisa M. Ross*
LISA M. ROSS, ESQ. (MSB #9755)
P.O. Box 11264
Jackson, MS 39283-1264
Tel: (601) 981-7900
Email: lross@lmrossatlaw.com
      *Attorney for Plaintiff*

/s/*William R. Allen*_____
WILLIAM R. ALLEN, ESQ. (MSB # 100541)
JESSICA S. MALONE (MSB #102826)
KATELYN A. RILEY (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  jmalone@aabalegal.com
Email:  kriley@aabalegal.com
    *Attorneys for Defendants*